■ NOELLA QUIJANO, an Infant, by Her Guardian ad Litem, EUGENIO MEJIAS, Respondent, v. NEW YORK CITY TRANSIT AUTHORITY, Appellant.— Order, entered on August 14, 1958, which granted the motion of the infant plaintiff for leave pursuant to section 50-e of the General Municipal Law to serve a late notice of claim unanimously reversed, on the law, with $20 costs and disbursements to appellant, and the motion denied, with $10 costs, on the authority of Matter of Ringgold v. New York City Tr. Auth. (286 App. Div. 806). Concur — Rabin, J. P., Valente, McNally and Stevens, JJ.; Eager, J., concurs in the following memorandum: I concur under constraint to follow the holding in Matter of Ringgold v. New York City Tr. Auth. (286 App. Div. 806), which represents the law applicable to this application in the First Judicial Department.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ISMAEL MATOS, Appellant.— Judgment of conviction unanimously affirmed. No opinion. Concur — Botein, P. J., Breitel, Rabin, McNally and Stevens, JJ.

■ CHARLES KOCH v. OTIS ELEVATOR COMPANY.— Motion for leave to appeal to the Court of Appeals dismissed, with $10 costs, without prejudice to a renewal of said motion within 30 days after entry of an order by the Court of Appeals dismissing the appeal taken as of right. Concur — Botein, P. J., Breitel, Stevens and Bergan, JJ.

■ LESTER LIBERMAN v. VALLEY FORGE FLAG COMPANY, INC., et al.— Motion to dismiss appeals granted, with $10 costs. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ In the Matter of LILLIAN SANDOW, Also Known as LILLIAN ZUCKERMAN, Deceased. IRVING ZUCKERMAN et al.; ETHEL ROTHMAN.— Motion to dispense with printing granted insofar as to permit the appeal to be heard on the original record, without printing the same, and upon typewritten or mimeographed appellants' points, on condition that the appellants serve one copy of the typewritten or mimeographed appellants' points upon the attorney for the respondent, and files 6 typewritten or 19 mimeographed copies of appellants' points, together with the original record, with this court on or before December 31, 1960, with notice of argument for the February 1961 Term of this court, said appeal to be argued or submitted when reached. Concur — Rabin, J. P., Valente, McNally, Stevens and Eager, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK v. FREDDIE BROWN.— Enlargement of time granted. The order of this court entered on April 16, 1959, assigning Mark N. Kaplan, Esq., as counsel for the defendant-appellant for the purposes of the appeal is vacated and said Mark N. Kaplan, Esq., is relieved of such assignment. Anthony F. Marra, Esq., of 100 Centre Street, New York, New York, is assigned as counsel for the defendant-appellant for the purposes of the appeal in the place and stead of said Mark N. Kaplan, Esq. Concur — Breitel, J. P., Rabin, Valente, Eager and Noonan, JJ.